■ In the Matter of MARIO A.B., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ANGELO B., Appellant, et al., Respondent. (Appeal No. 3.) [961 NYS2d 354]—Ap-

peal from an order of the Family Court, Erie County (Lisa Bloch Rodwin, J.), entered December 29, 2011 in a proceeding pursuant to Family Court Act article 10. The order adjudged that respondent Angelo B. neglected the subject child.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Alissia E.C.* (104 AD3d 1269 [2013]). Present—Centra, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.